■ EUROPEAN AMERICAN BANK & TRUST COMPANY, Respondent, v LEONARD MASONRY, INC., et al., Defendants, and IRMA BURSTYN, Appellant. — In an action to recover on a demand promissory note, defendant Irma Burstyn appeals, as limited by her brief, from so much of a judgment of the Supreme Court, Suffolk County (Doyle, J.), entered June 17, 1984, as, upon plaintiff's motion for summary judgment, awarded plaintiff $20,004.22 as against her. (We treat the notice of appeal dated July 1, 1983 as a notice of appeal from the judgment.)

Judgment affirmed, insofar as appealed from, with costs.

A review of the appellant's papers submitted in opposition to the plaintiff's motion for summary judgment clearly indicates that there was a complete absence of any proof of evidentiary facts to raise genuine triable issues regarding possible violations of relevant Federal statutes and regulations. In view thereof, summary judgment was properly granted (*Capelin Assoc. v Globe Mfg. Corp.*, 34 NY2d 338; *Ehrlich v American Moninger Greenhouse Mfg. Corp.*, 26 NY2d 255). Mollen, P. J., Bracken, O'Connor and Niehoff, JJ., concur.